IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY ANDERSON, | No. C-14-3483 SI |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| AMDOCS, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties having advised the Court that they have agreed to a settlement of this the above-titled action,

IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing Order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: October 14, 2014

_____
SUSAN ILLSTON
United States District Judge